UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:                                                             ORDER OF DISMISSAL
                                                                          FOR
**Tronox Incorporated**                              FAILURE TO PROSECUTE
                                                                   BANKRUPTCY APPEAL

-----------------------------------------------------X      21-CV-10891 JPC

FROM:  VITO GENNA, CLERK
             UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF NEW YORK

TO:       RUBY J. KRAJICK, CLERK
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                              BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Emma Whitfield
BANKRUPTCY DOCUMENT #: 9587

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

  _X_  FRBP 8009
  ___  Federal Rules of Civil Procedure (Rule _____)
  _X_  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
  ___  Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **June 30, 2022**                                         Vito Genna, Clerk
            New York, New York                                   U.S. Bankruptcy Court, SDNY

                                                                              By:  ___s/ Anatin Rouzeau___
                                                                                            Deputy Clerk

                                            ORDER

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____July 1_____ 20 22                    _____
            New York, New York                                   Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____              Ruby J. Krajick , Clerk
                                                                                  District Court, SDNY

                                                                              By: _____
                                                                                            Deputy Clerk